

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. SACV 22-02142-CJC (JDEx)                                Date:  January 30, 2023

Title: <u>ARTHUR KELLER ET AL. V. JAMES R. LING ET AL.</u>

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

<u>Rolls Royce Paschal</u>                       <u>      N/A      </u>
Deputy Clerk                                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING CASE FOR FAILURE TO RESPOND TO COURT ORDERS AND FAILURE TO PROSECUTE**

     On November 28, 2022, Plaintiffs filed their complaint for fraudulent transfer, Cal Civ. Code § 3439, and violation of the right of publicity, Cal. Civ. Code § 3344.  (Dkt. 1.)  On January 20, 2023, the Court issued an Order to Show Cause in writing by January 24, 2023, explaining why this case should not be dismissed for lack of prosecution.  (Dkt. 17.)  The Court stated that "[f]ailure to respond to this Order may result in dismissal."  (*Id.*)  The Court has not received a response to its Order to Show Cause.  Accordingly, this case is **DISMISSED WITHOUT PREJUDICE** for failure to respond to the Court's order and failure to prosecute.

qr

MINUTES FORM 11
CIVIL-GEN                                                           Initials of Deputy Clerk RRP